OAO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

TO: __David Capozzi, General Counsel for Service, Universal Service Administrative Company__

I, __David Capozzi, General Counsel for Universal Service Administrative Company__,
(DEFENDANT NAME)
acknowledge receipt of your request

that I waive service of summons in the action of __Zane Gray v. Universal Service Administrative Company__
(CAPTION OF ACTION)

which is case number __1:07CV-00996 (RBW)__    in the United States District Court
(DOCKET NUMBER)

for the __District of Columbia__

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if

an answer or motion under Rule 12 is not served upon you within 60 days
after    __7/11/07__
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__July 20 2007__    __[signature]__
(DATE)    (SIGNATURE)

Printed/Typed Name: __Acting General Counsel__    __The Universal Service__
As __Counsel__ of __Administrative Company__
(TITLE)    (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Zane Gray** | : | |
| **7609 Quinn Spring Court** | : | |
| **Adelphi, MD 20783** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:07CV00996 (RBW) |
| **Universal Service Administrative Company** | : | |
| **2000 L Street, NW, Suite 200** | : | |
| **Washington, DC 20036** | : | |
| | : | |
| **Defendant.** | : | July 23, 2007 |
| | : | |

### SWORN DECLARATION OF SERVICE OF JONATHAN L. GOULD

I, Jonathan L. Gould, business address, 1012 14th Street, NW, Suite 630 Washington, D.C. 20005, under the penalties, hereby affirm that:

1. I am over eighteen years of age and I understand the meaning of an oath.

2. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, I served a copy of the complaint in this action on the defendant as follows.

3. On July 11, 2007, I sent by regular mail two copies of the attached waiver of service and a waiver of service request form on David Capozzi, Acting General Counsel for the defendant, Universal Service Administrative Company, 2000 L Street, Washington, DC 20036.

4. I received the attached waiver of service form signed by Mr. Capozzi on or about July 21, 2007, thus completing service of the complaint under Rule 4(d).

2

        THE DECLARANT

        /s/Jonathan L. Gould_____
        Jonathan L. Gould