UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**Zane Gray**                                            :
                                                        :
    **Plaintiff ,**                  :
                                                        :
v.                                                      :   **Civil Action No.**
                                                        :
**Universal Service Administrative Company**            :
                                                        :   **1:07CV00996 (RBW)**
                                                        :
    **Defendant.**                   :   **September 20, 2007**
                                                        :

_____

## JOINT LOCAL CIV. R. 16.3 AND FED. R. CIV. P. 26(F)  STATEMENT

1. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3, Zane Gray (hereinafter the "Plaintiff") and Universal Service Administrative Company (hereinafter "Defendant") (collectively the "Parties") hereby submit this Joint Statement, by and through undersigned counsel.  The Plaintiff brings this action under 42 U.S.C. §1981 against the Defendant for terminating her for discriminatory reasons based on her race and Jamaican ancestry.

2. The parties agree that this case should be placed in the standard track.  The Defendant believes this case may be disposed of by dispositive motion before discovery and has already filed such a motion.  The Plaintiff does not believe that this case can be disposed of by dispositive motion and will oppose it.  Without waiving her argument that the Court should deny the motion as prematurely filed, and/or her entitlement to discovery despite the pendency of the motion, the Plaintiff does not object to delaying the commencement of discovery until the Court rules on the motion.  In the event the Court denies the Defendant's pending motion, discovery will commence within ten (10) days of the Court's ruling.

3. The parties have discussed issues related to the preservation and disclosure of information of electronically stored information. The parties agree to preserve all electronically stored information related to the case. Based on the parties' current understanding of the scope of this litigation, it is believed that all such information may be produced in paper format. At this time, the Plaintiff does not believe she has any electronically stored information related to this case in her possession.

4. The parties do not anticipate joining any other parties. Plaintiff believes that sixty (60) days from the date this Court rules on Defendant's pending Motion to Dismiss, should be sufficient time to allow amendment of pleadings, if needed further. Defendant also believes that sixty (60) days from the date this Court rules on Defendant's pending Motion to Dismiss, should be sufficient time to allow amendment of pleadings. The parties do not believe that any factual or legal issues can be further narrowed at this point.

5. The parties have not mutually agreed to a magistrate judge for this case, although the Plaintiff has no objection to assigning this case to a magistrate judge. The Defendant objects to assigning this case to a magistrate judge.

6. The parties believe that there may be some possibility of settling this case after some discovery, although not at this point, and will inform the Court if the possibility of settlement becomes realistic at any time.

7. The parties believe that mediation may become appropriate in this case after some discovery has been completed.

8. The Plaintiff does not believe that this case can be disposed of by motion for summary

judgment or motion to dismiss. The Defendant believes that this case may be disposed of on motion to dismiss or motion for summary judgment and has a motion pending.

9. The parties believe that in the event the Court denies the pending motion the deadline for filing any other dispositive motion should be forty-five (45) days after the close of discovery, with oppositions due twenty-one (21) days after service of the dispositive motion and reply briefs due eleven (11) days after service of opposition.

10. The parties propose that Rule 26(a)(1) disclosures be made within fourteen (14) days of the Court's ruling on the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

11. If the Court denies the Defendant's dispositive motions the parties believe that discovery should close one hundred and twenty (120) days after the denial. The parties agree to the presumptive limits of the local rules imposed upon the number of depositions and interrogatories.

12. The parties propose that the Plaintiff's Rule 26(a)(2) expert report be served sixty (60) days before the close of discovery with the Defendant's report to be served thirty (30) days thereafter.

13. There are no class issues involved in this case.

14. The parties agree that neither discovery nor trial should be bifurcated.

15. The parties propose that a final pre-trial date be set after the close of discovery.

16. The parties propose that a firm trial date be set at the pre-trial conference within thirty (30) to sixty (60) days after that conference.

Respectfully submitted,

FOR THE PLAINTIFF
By ____/s/_____
James L. Kestell
DC Bar #955310
Jonathan L. Gould
DC Bar # 491052
KESTELL & ASSOCIATES
209 Midvale St.
Falls Church, VA 22046
1012 14th Street, NW Suite 630
Washington, DC 20005
(703) 237-2912
(202) 347-4481

FOR THE DEFENDANT
By /s/_____
Darlene H. Smith, Bar #MD 15470
Mary E. Brown, Bar #474441
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Washington, D.C., 20004-2608
202/434-7300
202/434-7400 fax

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Zane Gray**          :<br>                       :<br>      **Plaintiff ,**      :<br>                       :<br>      **v.**            :<br>                       :<br>**Universal Service Administrative Company** :<br>                       :<br>      **Defendant.**     :<br>                       : | Civil Action No.<br><br>1:07CV00996 (RBW) |

## SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Joint Local Civ. R. 16.3 and Fed. R. Civ. P. 26(F) Statement, the Court enters the following scheduling order:

1.  This case will be placed on the standard track.

2.  Discovery will not commence until the Court rules on Defendant's pending Motion to Dismiss, or in the Alternative, Motion for Summary Judgment. In the event the Court denies Defendant's Motion, discovery will commence within ten (10) days of the Court's ruling.

3.  In the event the Court denies the Defendant's Motion, the parties must submit their Initial Disclosures to each other within fourteen (14) days of the denial.

4.  Any amendments to pleadings must occur no later than sixty (60) days after this Court rules on Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

5.  Discovery will close one hundred and twenty (120) days after the Court's ruling on Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment.

      6.      Plaintiff's 26(a)(2) report will be due sixty (60) days before the close of discovery, and Defendant's 26(a)(2) report will be due thirty (30) days thereafter.

      7.      Dispositive motions after discovery must be filed forty-five (45) days after the close of discovery. Oppositions are due twenty-one (21) days after service of the dispositive motion, and reply briefs are due eleven (11) days after service of the opposition.

      8.      The pre-trial conference date will be set after the close of discovery.  The trial date will be set at the pre-trial conference and the trial will be held within thirty (30) to sixty (60) days of the pre-trial conference.

      SO ORDERED THIS _____ day of _____, 2007.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

cc:
James L. Kestell
Jonathan L. Gould
KESTELL & ASSOCIATES
209 Midvale St.
Falls Church, VA 22046
1012 14th Street, NW Suite 630
Washington, DC 20005

Darlene H. Smith, Bar #MD 15470
Mary E. Brown, Bar #474441
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Washington, D.C., 20004-2608

**Certificate of Service**

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CMIECF system on 20th day of September 2007, and that a notice of the electronic filing will be transmitted to all counsel or parties of record:

/S/_____
Jonathan L. Gould

4142522v.1