**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ZANE GRAY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:07-cv-00996 RBW |
| | ) | |
| UNIVERSAL SERVICE | ) | |
| ADMINISTRATIVE CO., | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

## LCVR 7.1 CORPORATE DISCLOSURE

Pursuant to Local Rule 7.1 of the U.S. District Court for the District of Columbia,

I, the undersigned counsel of record for Universal Service Administrative Co.

(hereinafter "Defendant" or "USAC"), certify that to the best of my knowledge and

belief, USAC does not have any parent companies, subsidiaries or affiliates which have

outstanding securities in the hands of the public.


Respectfully submitted,


_____/s/ Mary E. Brown_____
Darlene H. Smith, Bar No. MD15470
Mary E. Brown, Bar No. 474441
Mintz Levin Cohn Ferris Glovsky and Popeo PC
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 434-7300

Counsel for Defendant Universal Service
Administrative Co.

## **Certificate of Service**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 10th day of October 2007, and that a notice of the electronic filing will be transmitted to all counsel or parties of record:

_____/s/ Mary E. Brown_____

4134239v.1