UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZANE GRAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSAL SERVICE )<br>ADMINISTRATIVE CO., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:07-cv-00996 RBW |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.6 of the U.S. District Court for the District of Columbia, Universal Service Administrative Company ("Defendant") hereby files this Notice of Substitution of Counsel. David Barmak, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 701 Pennsylvania Avenue, NW Washington, D.C. 20004, will replace Darlene H. Smith as counsel of record in the above-captioned case.

Respectfully submitted,

_____
David Barmak, Bar No. 236752-A
Mary E. Brown, Bar No. 474441
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 434-7300

Counsel for Defendant Universal Service Administrative Co.

[Signatures continued on following page]

1

_____
Darlene H. Smith, Bar No. MD15470

## Certificate of Service

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 15th day of November 2007, and that a notice of the electronic filing will be transmitted to all counsel or parties of record:

                                                   _____/s/ Mary E. Brown_____