UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZANE GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:07-cv-00996 RBW |
| | ) | |
| UNIVERSAL SERVICE | ) | |
| ADMINISTRATIVE CO., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANTS' NOTICE OF ERRATA RE:
## NOTICE OF SUBSTITUTION OF COUNSEL (DE #15)

Defendants hereby provide notice that Docket Entry 15, which is a Notice of Substitution of Counsel, substitutes David Barmak, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 701 Pennsylvania Avenue, NW Washington, D.C. 20004, as counsel of record in the above-captioned case, in place of Darlene H. Smith. Docket Entry # 15 currently and erroneously refers to Mary Ella Brown and not David Barmak. Defendants respectfully request that the Clerk of Court correct that Docket Entry.

Respectfully submitted,

David Barmak, Bar No. 236752-A
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 434-7300

Counsel for Defendant Universal Service Administrative Co.

1

## Certificate of Service

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 5th day of December 2007, and that a notice of the electronic filing will be transmitted to all counsel or parties of record:

/s/ David Barmak

2