UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZANE GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:07-cv-00996 RBW |
| ) | |
| UNIVERSAL SERVICE ) | |
| ADMINISTRATIVE CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL
## OF COUNSEL OF RECORD MARY E. BROWN

Pursuant to Local Rule 83.6 of the U.S. District Court for the District of Columbia, Universal Service Administrative Company (hereinafter "USAC" or "Defendant"), by and through its undersigned counsel, hereby gives notice of the withdrawal of Mary E. Brown as counsel of record for Defendant. David Barmak, of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., will continue to serve as counsel of record in the above-captioned action.

Respectfully submitted,

_____/s/ David Barmak_____
David Barmak, Bar No. 236752-A
Mary E. Brown, Bar No. 474441
MINTZ LEVIN COHN FERRIS GLOVSKY &
POPEO PC
701 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
202-434-7300 (Telephone)
202-434-7400 (Facsimile)

Counsel for Defendant Universal Service
Administrative Co.

**Signatures continued on next page.**

_/s/ Mary E. Brown_
———————————————
Mary E. Brown

### Certificate of Service

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 6th day of December 2007, and that a notice of the electronic filing will be transmitted to all counsel or parties of record:

                                                    /s/ David Barmak

4206450v.1