UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**Zane Gray**                                                  :
                                                               :
    **Plaintiff,**                          :
                                                               :
    **v.**                                  :    **Civil Action No.**
                                                               :
**Universal Service Administrative Company**                   :
                                                               :    **1:07CV00996 (RBW)**
                                                               :
    **Defendant.**                          :    **May 29, 2008**
                                                               :

_____


**NOTICE OF APPEARANCE**

    The court will please enter the appearance of Michael P. Deeds as counsel on behalf of the plaintiff in the above-captioned matter.


        Respectfully submitted,

        FOR THE PLAINTIFF

        /s/Michael P. Deeds
        _____
        Michael P. Deeds #466815
        KESTELL & ASSOCIATES
        1012 14th Street, NW Ste 630
        Washington, D.C. 20005
        202 347-4481
        fax 202 347-4482
        mikedeeds@juno.com