

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Zane Gray      Plaintiff, <br><br> v. <br><br> Universal Service Administrative Company <br><br> Defendant. | Civil Action No. <br><br> 1:07CV00996 (RBW) <br><br> May 29, 2008 |

### NOTICE OF WITHDRAWAL APPEARANCE

Pursuant to the provisions of LCvR 83.6 of the Local Rules of Civil Procedure, I hereby file this notice of withdrawal of appearance for the plaintiff in the above matter. Michael Deeds has entered his appearance for the plaintiff and the plaintiff has signed below consenting to this withdrawal. In addition, after June 1, 2008, I am no longer affiliated with the law firm of Kestell and Associates.

Respectfully submitted,

By /s/ Jonathan L. Gould
Jonathan L. Gould
D.C. Bar # 491052
1012 14th Street, NW Suite 630
Washington, DC 20005
(202) 347-3889
(202) 347-4482
emailjgould@igc.org

I hereby consent to the withdrawal of the appearance of Jonathan L. Gould on my behalf.

        The Plaintiff

        _____
        Zane Gray